IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EVANS JEFFREY PAYET,

     Appellant,

v.                                    Case No.  5D16-2096

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed October 11, 2016

3.850 Appeal from the Circuit Court
for Brevard County,
Jeffrey Mahl, Judge.

Evans Jeffrey Payet, MacClenny, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.  See State v. Green, 944 So. 2d 208 (Fla. 2006).


ORFINGER, TORPY and WALLIS, JJ., concur.